# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jacques Craig Floyd ,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                       1:11-cv-00080

North Carolina Department of Corrections et al,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/19/2011 Order.


                                                   Signed: April 19, 2011

                                                   Frank G. Johns, Clerk
                                                   United States District Court